FILED

2009 Sep-29  PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **AMERICAN FIRST FEDERAL, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 7:08-cv-1194-TMP** |
| | ) | |
| **TITUS PROPERTIES, LLC,** | ) | |
| **DONALD W. SISSONS,** | ) | |
| **JAMES MACK FAIR,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFAULT JUDGMENT AND ORDER

The court has for consideration the Report and Recommendation of Magistrate Judge T. Michael Putnam, filed on April 1, 2009, wherein he recommends that the motions for default judgment against defendants Titus Properties, LLC, ("Titus") and Donald W. Sissons (Docs. 10, 25, and 26) be granted.

Having considered the recommendation of the Magistrate Judge and the letter filed by Sissons since entry of the Report and Recommendation, and having held an evidentiary hearing, the court hereby **ACCEPTS** and **ADOPTS** the recommendation of the Magistrate Judge. Accordingly, the motions for default judgment hereby are **GRANTED**.

As set forth in the Report and Recommendation, Sissons executed an absolute, unlimited, and unconditional guaranty of Titus's debt, and that the debt remains outstanding in the sum of $420,608.53, plus interest since January 8, 2008. Sissons is not a minor, incompetent, or member of the military. The amount of the judgment sought is a sum certain, or one that can be made certain by computation. The outstanding debt on January 8, 2008, was $420,608.53. Interest has been

accruing against that debt under the terms of the notes at the rate of $42.29 per day. Since that date, 577 days have elapsed, resulting in interest in the amount of $24,401.33. Finally, Plaintiff's request for attorney's fees and expenses in the amount of $63,091.27, is reasonable in light of the affidavit testimony of Plaintiff's counsel, the anticipated post-judgment collection efforts yet to occur, and the fact that the sum represents only 15% of the outstanding principal indebtedness. **JUDGMENT** hereby is **ENTERED** against Titus and Sissons, and in favor of Plaintiff, in the amount of $508,101.13.

The remaining defendant, James Mack Fair, has appeared and answered the complaint. Accordingly, all claims against Fair remain pending. The matter is **RETURNED** to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this ___29th___ day of September, 2009.

_____

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE